AO 467 (Rev. 01/09; CAND version 03/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

Case 4:24-mj-71724-MAG    Document 5    Filed 12/05/24    Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>KARAN GUPTA,<br><br>Defendants. | Case No. 24-mj-71724-MAG-1<br><br>Charging District: District of Minnesota<br><br>Charging District's Case No.: 24-CR-282 KMM/ECW |

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: 316 N. Robert Street<br>St. Paul, MN 55101 | Courtroom No.: 6A |
|---|---|
| | Date and Time: January 7, 2025, 1:30 PM |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: December 5, 2024

_____
Kandis A. Westmore
United States District Judge

Transfer_No-Custody_CR_AO 467_CSA
rev. 3-19